RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE _____
BY _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 09-0091 |
|---|---|---|
| VERSUS | * | JUDGE JAMES |
| JERRY WILLIAMS | * | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Jerry Williams, and adjudges him guilty of the offense charged in Count One of the Bill of Information against him.

THUS DONE AND SIGNED this 16 day of June, 2009, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE