RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 12/13/12

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Cr. A. No. 09-0091 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JERRY WILLIAMS | MAG. JUDGE KAREN L. HAYES |

## ORDER

Upon consideration and pursuant to 18 U.S.C. § 3664(k),

IT IS ORDERED that the Government's unopposed Motion to Increase Monthly Restitution Payments [Doc. No. 21] is GRANTED. Defendant Jerry Williams' restitution payments are increased to $805 per month.

MONROE, LOUISIANA, this 13 day of December, 2012.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE